OPINION — AG — ** MEDICAL RESEARCH COMMISSION AUTHORITY ** THE MEDICAL RESEARCH COMMISSION HAS THE RESPONSIBILITY FOR MAKING AND REVIEWING CONTRACTS CONCERNING THE 'PLASMA' COLLECTION PROGRAM AT THE OKLAHOMA STATE PENITENTIARY, AND HAS THE ADDITIONAL RESPONSIBILITY FOR SUPERVISING AND MAINTAINING CONTROL OVER SUCH PROGRAM. (GIFT, PRISONERS) CITE: 63 O.S. 47.2 [63-47.2], 63 O.S. 47.5 [63-47.5], 63 O.S. 47.4 [63-47.4] (JAMES R. BARNETT)